*Mr. J. E. Healy* and *Mr. A. C. McDaniel,* for Relators.

---

No. 5,888.—VERMONT LOAN & TRUST CO., APPELLANT, *v.* JEANNETTE JENIZEN, RESPONDENT.

*Appeal from District Court, Valley County.*

Decided January 26, 1926.

PER CURIAM.—Pursuant to stipulation of counsel, the appeal in this cause is dismissed.

*Mr. Raymond E. Dockery* and *Messrs. Belden & DeKalb,* for Appellant.

*Mr. L. R. Daems* and *Mr. H. C. Hall,* for Respondent.